Merrimack, }
June 30, 1902. }

UNITED STATES FIDELITY & GUARANTY CO. *v.* LINEHAN, *Ins. Comm'r.*

FIDELITY & CASUALTY CO. OF NEW YORK *v.* SAME.

PETITIONS, for *mandamus*, to compel the issuance of licenses by the defendant to the petitioners. Transferred from the October term, 1901, of the superior court by *Stone*, J.

*Streeter & Hollis*, for the plaintiffs.

*Eastman & Hollis*, for the defendant.

REMICK, J. The facts before the court are conflicting and uncertain, and for that reason do not warrant the issuance of a writ of mandamus. *Stevens* v. *Fellows*, 70 N. H. 148, 150; *Stearns* v. *Barrett*, 1 Mason 153; High Ex. Rem., s. 9; 19 Am. &. Eng. Enc. Law (2d ed.) 726, 727, and numerous authorities there cited.

*Case discharged.*

All concurred.

---

Grafton, }
Dec. 4, 1902. }

MORSE, *Ex'r, Ap't, v.* MORSE.

PROBATE APPEAL. Transferred from the May term, 1902, of the superior court by *Pike*, J.

*Burleigh & Adams*, for the plaintiff.

*James L. Wilson*, for the defendant.

WALKER, J. As the case merely reports the evidentiary facts before the superior court bearing upon the question of a homestead, without a ruling either of law or of fact thereon, and as that court might find from the evidence, as a matter of fact, that the land in controversy was not a part of the home place, it is not deemed advisable to decide at this time a legal question that may never arise.

*Case discharged.*

All concurred.